IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW NICHOLAS,

    Plaintiff,

  vs.

KAREN JENNINGS,

    Defendant.

**8:23CV126**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1.  On or before March 16, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge